DAVID W. MEADOWS, State Bar No. 137052
LAW OFFICES OF DAVID W. MEADOWS
1801 Century Park East, Suite 1235
Los Angeles, California 90067
Tel: (310) 557-8490; Fax: (310) 557-8493
Email: david@davidwmeadowslaw.com

Bankruptcy Counsel for the
Debtor and Debtor in Possession

**FILED & ENTERED**

**FEB 14 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(LOS ANGELES DIVISION)

In re                                              )
                                          ) Case No. 2:09-bk-25510-BR
                                          )
BESHMADA OF DELAWARE, LLC,           ) Chapter 11
                                          )
       Debtor and Debtor in                    ) **ORDER ON MOTION FOR EXTENSION OF**
       Possession                              ) **EXCLUSIVITY PERIODS FOR FILING AND**
                                          ) **SEEKING ACCEPTANCES OF PLAN OF**
                                          ) **REORGANIZATION**
                                          )
                                          ) Date:  February 1, 2011
                                          ) Time:  10:00 a.m.
                                          ) Place: Courtroom 1668

      The Court having read and considered the Motion For Extension Of Exclusivity Periods For Filing And Seeking Acceptances of Plan Of Reorganization; Memorandum of Points and Authorities; and Declaration In Support Thereof (the "Motion"), no opposition being filed, notice being proper, and for good cause shown,

1

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The period in which the Debtor has the exclusive right to file a Plan of Reorganization is extended to March 31, 2011;

3. The prior in which the Debtor has the exclusive right to seek acceptances of a Plan of reorganization is extended to May 31, 2011.

4. The foregoing dates are without prejudice to the Debtor's right to seek additional extensions for good cause shown.

DATED: February 14, 2011

_____
United States Bankruptcy Judge

2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1801 Century Park East, Suite 1235, Los Angeles, CA  90067.

A true and correct copy of the foregoing document described,

**ORDER ON MOTION FOR EXTENSION OF EXCLUSIVITY PERIODS FOR FILING AND SEEKING ACCEPTANCES OF PLAN OF REORGANIZATION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On _ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  2/1/2011   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell, United States Bankruptcy Judge (via messenger)
Counsel to the Namco Committee:  skoenig@cmkllp.com
Counsel to the Namvar Committee:  mdavis@shbllp.com
Counsel to the Namco Trustee: dpoitras@jmbm.com
Counsel to the Namvar Trustee: RDiamond@dgdk.com
Office of the United States Trustee: Russell.Clementson@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/1/2011 | David W. Meadows | /s/ David W. Meadows |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled,

**ORDER ON MOTION FOR EXTENSION OF EXCLUSIVITY PERIODS FOR FILING AND SEEKING ACCEPTANCES OF PLAN OF REORGANIZATION**

was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **2/1/2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒    Service information continued on attached page.

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

None.

☐    Service information continued on attached page.

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

None.

☐    Service information continued on attached page

**I. Continued:**

- Gillian N Brown    gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Stuart I Koenig    Skoenig@cmkllp.com
- John P Kreis    jkreis@attglobal.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- David Norouzi    david@norouzi.us
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- David M Poitras    dpoitras@jmbm.com
- Samuel Price    sprice@pooleshaffery.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Howard J Weg    hweg@pwkllp.com